478 A.2d 83

Hatton, Appellant, v. Delta Equip. Co., et al.

Argued March 7, 1984.  David L. Pennington, for appellant;  Thomas R. Harrington, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment affirmed.